Herlihy, P. J., Reynolds, Staley, Greenblott and Cooke, JJ., concur.

In the Matter of the Claim of WESLEY N. LOVELL, Respondent, v. BERMAN'S MOTOR EXPRESS et al., Appellants, and BERMAN'S MOTOR EXPRESS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE, Respondent, v. FLOYD RORICK et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.